WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

## THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF KENTUCKY
### at    BOWLING GREEN

Plaintiff:    NATIONAL INDEMNITY COMPANY

v.                                                                Case No:  1:24-cv-88-GNS

Defendant:    SHUFFETS DAYADULT DAY CARE INC. D/B/A EDMONTONADLT DAY HEALTH, LAURI

* * * * *

### DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of    National Indemnity Company    in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)

National Indemnity Company                          Nebraska

Party or Intervenor Name                            Citizenship

Shuffetts Day Adult Day Care Inc. d/b/a Edmonton Adulty day Health    Kentucky

Party or Intervenor Name                            Citizenship

Lauren Stinson                                      Kentucky

Party or Intervenor Name                            Citizenship

WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

## Jalleem Bailey

Party or Intervenor Name

## Kentucky

Citizenship

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

## 07-10-2024

Date

Signature

Counsel for:    ## Plaintiff