UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:24-cv-88-GNS

NATIONAL INDEMNITY COMPANY                                           PLAINTIFF

V.

SHUFFETTS DAY ADULT DAY CARE INC. d/b/a
EDMONTON ADULT DAY HEALTH,
LAUREN STINSON and JALLEEM BAILEY                                  DEFENDANTS

---

## MOTION FOR DEFAULT JUDGMENT
*[Filed Electronically]*

---

Pursuant to Federal Rule of Civil Procedure 55(b), Plaintiff, National Indemnity Company ("National"), respectfully requests that the Court enter a Default Judgment against Defendant Lauren Stinson ("Stinson) and a Declaratory Judgment that National has no duty to defend or indemnify Stinson in the Tort Action or pay any settlement or judgment entered against her in the Tort Action. In support of this Motion, Plaintiff submits the attached Memorandum in Support and Proposed Order.

Respectfully submitted,

/s/ Mindy G. Barfield
Mindy G. Barfield
DINSMORE & SHOHL LLP
100 West Main Street, Suite 900
Lexington, Kentucky 40507
T: 859-425-1000
F: 859-425-1099
mindy.barfield@dinsmore.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was served this the 7th day of March, 2025, via U.S. Mail, postage prepaid, upon the following:

Richard L. Walter
BOEHL STOPHER & GRAVES, LLP
410 Broadway
Paducah, KY  42001

Matt McGill
LOWDER & MCGILL, PLLC
P. O. Box 900
Bowling Green, KY  42103

/s/ Mindy G. Barfield
*Counsel for Plaintiff*

53220304.1