UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:24-cv-88-GNS

NATIONAL INDEMNITY COMPANY                                        PLAINTIFF

V.

SHUFFETTS DAY ADULT DAY CARE INC. d/b/a
EDMONTON ADULT DAY HEALTH,
LAUREN STINSON and JALLEEM BAILEY                               DEFENDANTS

---

**AFFIDAVIT OF MINDY G. BARFIELD**
*[Filed Electronically]*

---

Comes now the Affiant, Mindy G. Barfield of Dinsmore & Shohl LLP, and after being duly sworn, states as follows:

1.      National Indemnity Company ("National"), in the above-styled action and has personal knowledge of the facts set forth in this Affidavit.

2.      On August 16, 2024, Defendant, Lauren Stinson, was served with process on her at her residence through certified mail. (Proof of Service, ECF No. 9).

3.      As of the date of this Affidavit, Defendant Stinson has failed to plead or otherwise defend the present lawsuit.

4.      Defendant Stinson is not a minor, incompetent person, member of the military or an official of the federal government.

5.      This Affidavit is executed by Affiant in accordance with Federal Rule of Civil Procedure 55 for the purpose of enabling Plaintiff to obtain entry of a default judgment against Defendant.

Further Affiant Sayeth Naught.

_____
MINDY G. BARFIELD

COMMONWEALTH OF KENTUCKY    }
                            }
COUNTY OF FAYETTE           }

Subscribed and sworn to before me by Mindy G. Barfield on this 7th day of March, 2025.

My Commission expires: August 30, 2028.  Notary ID:  KYNP12199

_____
NOTARY PUBLIC

53194544.1

2