UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:24-cv-88-GNS

NATIONAL INDEMNITY COMPANY                                                      PLAINTIFF

V.

SHUFFETTS DAY ADULT DAY CARE INC. d/b/a
EDMONTON ADULT DAY HEALTH,
LAUREN STINSON and JALLEEM BAILEY                                          DEFENDANTS

---

## DEFAULT JUDGMENT

---

The matter being before the Court on Plaintiff's Motion for Default Judgment, and having considered the Motion and supporting Affidavit, and being otherwise advised, hereby ORDERS that, pursuant to Federal Rule of Civil Procedure 55(b), judgment shall be entered in favor of Plaintiff and against Defendant Lauren Stinson on Plaintiff's Declaratory Judgment Complaint. As such, and pursuant to 28 U.S.C. 2201(a), the Court hereby enters a declaratory judgment that Plaintiff has no duty to continue to defend or to indemnify Stinson in and for the case styled *Jalleel Bailey v. Lauren Stinson et al.,* Barren Circuit Court, Civil Action No. 23-CI-00549 or pay any settlement or judgment entered against her in this Tort case.

2

TENDERED BY:

/s/ Mindy G. Barfield
Mindy G. Barfield
DINSMORE & SHOHL LLP
100 West Main Street, Suite 900
Lexington, Kentucky 40507
T: 859-425-1000
F: 859-425-1099
mindy.barfield@dinsmore.com
*Counsel for Plaintiff*

531945751.1