UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:24-CV-00088-GNS-HBB

NATIONAL INDEMNITY COMPANY                                                      PLAINTIFF

v.

SHUFFETTS DAY ADULT DAY CARE INC. et al.                              DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion for Summary Judgment (DN 28) and Plaintiff's Motion for Default Judgment (DN 30).

In the Court's order initially denying Plaintiff's Motion for Default Judgment (DN 24), the Court noted that Plaintiff needed to address "whether the Court should exercise jurisdiction over this declaratory judgment action based on the factors articulated in *Grand Trunk Western Railroad Co. v. Consolidated Rail Corp.*, 746 F.2d 323 (6th Cir. 1984). (Order 1 n.1, DN 25). Neither pending dispositive motion is responsive to that order nor addresses the *Grand Trunk* factors. As a result, the Court cannot address the pending motions without further briefing.

Accordingly, **IT IS HEREBY ORDERED** that by **August 1, 2025**, the parties shall file briefs addressing whether the Court should exercise jurisdiction over this matter under the Declaratory Judgment Act based on the *Grand Trunk* factors. No responsive briefs will be permitted.

Greg N. Stivers, Chief Judge
United States District Court

July 18, 2025

cc:   counsel of record