UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:24-CV-88-GNS

NATIONAL INDEMNITY COMPANY                                          PLAINTIFF

VS.

SHUFFETTS DAY ADULT DAY CARE INC., D/B/A
EDMONTON ADULT DAY HEALTH;
LAURA STINSON; AND
JALLEEM BAILEY                                                       DEFENDANTS

## **DEFENDANT SHUFFETTS ADULT DAY CARE INC., D/B/A EDMONTON ADULT DAY HEALTH BRIEF ON GRAND TRUNK FACTORS**

The defendant, Shuffett's Adult Day Care Inc. d/b/a Edmonton Adult Day Health submits the following statement relative to the Court's Order of July 18, 2025. This defendant does not dispute the facts as set forth in National Indemnity Company's brief. That accident occurred while Laura Stinson was driving her personal vehicle. From all available facts, she was in the course and scope of her employment for Shuffett's Adult Day Care, this defendant at the time of the crash. Her vehicle was not listed as a covered vehicle under National Indemnity Company's policy.

This defendant has no objection to this Court maintaining jurisdiction over declaratory judgment action and ruling on National Indemnity Company's dispositive motions.

Respectfully submitted,

BOEHL STOPHER & GRAVES, LLP

/s/ Richard L. Walter
Richard L. Walter, KY. Bar #74082
410 Broadway
Paducah, KY  42001
270-442-4369
rwalter@bsgpad.com
ATTORNEY FOR SHUFFETT'S ADULT DAY CARE

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was filed electronically this the 6th day of August 2025 through the Court's CM/ECF system which will serve a notice of electronic filing upon the following:

Mindy G. Barfield, Esq.
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY  40507

Matt McGill, Esq.
Lowder & McGill, PLLC
537 E. 10th Avenue Suite 200
Bowling Green, KY 42102-0900

/s/ Richard L. Walter
Richard L. Walter