UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:24-CV-00088-GNS-HBB

NATIONAL INDEMNITY COMPANY PLAINTIFF

v.

SHUFFETT'S DAY ADULT DAY CARE INC.
d/b/a EDMONTON ADULT DAY HEALTH et al. DEFENDANTS

**JUDGMENT**

This matter having come before the Court on Plaintiff's Motion for Summary Judgment (DN 28), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Plaintiff consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

**Greg N. Stivers, Judge**
**United States District Court**
November 19, 2025

cc: counsel of record